UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 2:22-CR-00206-1** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **CORNELL DEVON SHELTON** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 17] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 10] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Counts One, Two, and Three of the Bill of Information.

Sentencing is set for January 19, 2023, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 27th day of September, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**